FILED BY _____ D.C.

OCT 28 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| Chantel C. Mapp-Leslie, Pro Se | ) | Case No._____ |
| | ) | To be e-mailed: |
| Plaintiff | ) | Chantel.leslie@yahoo.com |
| | ) | |
| v. | ) | Jury Trial: Yes |
| | ) | |
| Amtrak Train | ) | |
| | ) | |
| Defendant | ) | |

**COMPLAINT FOR A CIVIL CASE 42 U.S.C. &12101 et seq.**

1. **The Parties to This Complaint**

    A. **The Plaintiff**

    **Chantel Mapp-Leslie**       Year of Birth 1955
    **Temporary:**
    20 Alderton Close, Press Road, Neasden
    London, England NW10 0EW
    011-44-208-208-4170
    Chantel.leslie@yahoo.com

    B. **The Defendant(s)**

    **Amtrak Trains**
    **National Railroad Passenger Corporation, Legal Division**
    60 Massachusetts Ave, NE
    Washington, D.C. 20001
    202-906-3000
    narp@narprail.org

COME NOW, Chantel Mapp, Pro Se (the plaintiff) and hereby files this complaint in the above style cause, sue Amtrak Trains (the "Defendant"). This action is filed under the federal law of:
   1. "Americans with Disabilities Act (ADA), Title II.
   2. "Civil Rights of Institutionalized Persons Act" (CRIPA)(ADA)

October 15, 2019                                                 respectfully submitted
                                                                 _____
                                                                 Chantel Mapp-Leslie, Pro Se

2. **Basis for Jurisdiction**
   1. The plaintiff is a 63 year old, African American female citizen, with disabilities, permanently residing in Washington, D.C

   2. Defendants, National Railway Passenger Corporation, DBA Amtrak Trains operates nationally in the United States of America.

3. **The Amount in Controversy**
   The amount in controversy-the amount the plaintiff claims the defendant has at stake includes $, 2,000,000.00 (two million), not including interest, and cost of court.

4. **Statement of Claim**
   1. The plaintiff is a 63 year old, African American female citizen, with disabilities, permanently residing in Washington, D.C., working in the United States Virgin Islands, currently in London England, receiving medical treatment, continuously, since the incident on October 24, 2018. The plaintiff was invited to use Amtrak to travel to Florida with service animals, during extreme heat, during the month of September, in a private compartment, as the weather conditions were unacceptable for the animals to be commuted by aircraft. The entire trip took 23 hours and was exceptionally pleasant for both the animals as well as myself, allowing for private space to receive necessary services, in private. <u>The brutal behavior of the first conductor was on the return trip</u>. I was travelling to vote and close on my rental property in Detroit. The conductor as me into a private compartment, across from my private compartment and asked me to <u>show</u> Him what the dog did. I stated in would be uncomfortable to show him what the dog did, however; I was glad to show him my disability documents and all documents for the feline as well as the canine, as required when the ticket was purchased in Washington, D.C. **The conductor told me "no", he did not want to see my documents,** I also added that the animals also worked with children and seniors during the time in St. Croix, the conductor walked pass me, angry and came to me 15 mins. Later in the dining car and indicated, according to his manual, these were not service animals and being with a second conduct to inform me, "I must put the animals off of the train at the next station, and I was welcome to continue on my trip, I refused, knowing what he was implying. He then informed me I was in violation of Amtrak policies and procedures and stated I had 5 mins to gather my belonging. I was assaulted in West Palm Beach Florida and was forcibly removed from an Amtrak train. The plaintiff was unable to defend herself from the physical assault, as she was disable to begin with, and requiring additional assistance to function on a daily basis, with the assistance of service animals, which were abused and thrown around, in their carriers. I made every attempt to save the animals from the destruction of the third conductor, but I was unable to stop the blows that caused bruising to my face and head and eventual loss of both animals. Currently **(a)** awaiting a kidney transplant, after **(b)** receiving a pacemaker, due to unexpected heart failure, to include,**(c)** loss of upper and lower teeth , **(d)** loss of two service animals, unnecessarily, **(e)** use of all life savings(checking and savings) to stabilize medical conditions and **(f)** loss of condo in St. Croix, second rental property in Detroit, MI, (g) mental anguish, from which I will never recover, <u>unable to travel since last surgery in October 2019, London, England, where my only living relatives resides.</u>

2. Defendants, National Railway Passenger Corporation, DBA Amtrak Trains, operates nationally in the United States of America, on October 24,2018 performed acts that a person of ordinary prudence in the same or similar circumstances would not have done. The first of three conductors did request that the plaintiff show what services the animals performed, while having the plaintiff in one private compartment, other than the compartment the plaintiff paid for and minus the animals to demonstrate the illegal demand. The conductor was offered all necessary paperwork, (a) Disability papers for the plaintiff, (b) current health records and Department of Agriculture documents, necessary for the service animals to travel nationally and internationally. The initial conductor, on the return trip, refused to view any and all documents required and presented to Amtrak, at the time tickets were purchased. Defendant can only be served through certified mail, to the address provided , per **(a)** Amtrak Customer Service, located at Union Station, Washington, D.C. **(b)** Ms. Greene, Claims Specialist, **(c)** Detective Sullivan of West Palm Beach Florida report # C19012618, and **(d)** Amtrak police (case 5046457), as address given at : 60 Massachusetts Ave, N.E., Washington, D.C. 20002.

5. **Relief**

The plaintiff asks the court to order the defendant Amtrak to provide to the plaintiff, Chantel Mapp, $ 2,000,000.00. to compensate for the following punitive and actual damages.

   A. Loss of both upper and lower teeth, within 12 hours of assault
   B. Loss of kidneys, including cost for transplant, within 7 days of assault
   C. Implant of pacemaker for heart failure, during ongoing hospitalization for the last 11 months, totaling over 2 months of stay in three different hospitals both in America and London, England.
   D. Loss of Condo in St. Croix
   E. Loss of House in Detroit, MI
   F. Loss of service animals
   G. Loss of savings, totaling over $ 50,000.00 cash

6. **Jury Demand**

   **Are you demanding a jury trial   Yes**

   Signed this 15th day of October 2019

   _____
   Signature of Plaintiff

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on: _____Oct 15 2019_____

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| Chantel C. Mapp-Leslie, Pro Se | ) | Case No._____ |
| | ) | To be e-mailed: |
| Plaintiff | ) | Chantel.leslie@yahoo.com |
| | ) | |
| v. | ) | Jury Trial: Yes |
| | ) | |
| Amtrak Train | ) | |
| | ) | |
| Defendant | ) | |

**7. Certification and Closing**

Under Federal Rule of Civil Procedure11, by signing below, I certify to the best of my knowledge, information, and belief **that this complaint:** will have evidentiary support after a reasonable opportunity for further investigation or discovery.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Temporary address: 20 Alderton Close, Neasden
                   London, England NW10 OEW
                   Chantel.leslie@yahoo.com

Date of signing: October 15, 2019

Signature of Plaintiff _____

Printed Name of Plaintiff _____CHANTEL MAPP_____

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| Chantel C. Mapp-Leslie, Pro Se | ) | Case No._____ |
| | ) | To be e-mailed: |
| Plaintiff | ) | Chantel.leslie@yahoo.com |
| | ) | |
| v. | ) | Jury Trial: Yes |
| | ) | |
| Amtrak Train | ) | |
| | ) | |
| Defendant | ) | |

### Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by Certified Mail on October 15, 2019, on parties of record.

*Signature of Chantel Mapp, Pro Se*

### Service List

National Passenger Railway Corp
DBA Amtrak Trains
60 Massachusetts Ave, NE
Washington, D.C. 20001